IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KENNETH AND LYDIA WILLIAMS,** *Plaintiffs,* v. **W.M. BARR & COMPANY, INC.,** *Defendant.* | Civil No. 24-2062 |

## ORDER

**AND NOW**, this 16th day of June, 2025, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 111) and the response and reply thereto, it is hereby **ORDERED** that the Motion is **GRANTED** for the reasons stated in the accompanying memorandum. Plaintiff may file an amended complaint no later than July 7, 2025.

BY THE COURT:

_____
MARY KAY COSTELLO, J.